UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RODRIGO ULLOA MARTINEZ,

 Petitioner,

v.               Case No. 3:17cv793-RV-CJK

WARDEN, FCC-Yazoo City,

 Respondent.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated November 7, 2017 (doc. 5). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The clerk of court shall transfer this case to the United States District Court for the Southern District of Mississippi, and close the file in this case.

**DONE AND ORDERED** this 7th day of December, 2017.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**